James E. RIGGS, Appellant,

v.

James BELL, Food Production Manager, East Arkansas Regional Unit, ADC (originally sued as Bell); Loretha Bell, Food Production Manager, East Arkansas Regional Unit, ADC (originally sued as Bell); Greg Harmon, Warden, East Arkansas Regional Unit, ADC (originally sued as Harmon); Paul Walton, Food Production Manager, East Arkansas Regional Unit, ADC (originally sued as Walton), Appellees.

No. 03–3999.

United States Court of Appeals,
Eighth Circuit.

Submitted Sept. 7, 2004.

Decided Sept. 13, 2004.

James E. Riggs, Grady, AR, pro se.

Eric Fitzgerald Walker, John Kevin Coker, Attorney General's Office, Little Rock, AR, for Defendants–Appellees.

Before MURPHY, FAGG, and SMITH, Circuit Judges.

PER CURIAM.

James E. Riggs appeals the district court's * adverse grant of summary judgment and dismissal of Riggs's 42 U.S.C. § 1983 action. After carefully reviewing

* The Honorable J. Thomas Ray, United States Magistrate Judge for the Eastern District of Arkansas, to whom the case was referred for

the record, we conclude the judgment was proper for the reasons stated by the district court. We affirm the judgment of the district court. *See* 8th Cir. R. 47B. We also deny Riggs's pending motions.

final disposition by consent of the parties pursuant to 28 U.S.C. 636(c).